# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN A. PRATT, | |
|         Plaintiff, | CIVIL ACTION NO. 3:20-CV-00417 |
| v. | (MEHALCHICK, M.J.) |
| ANDREW SAUL, Commissioner of Social Security, | |
|         Defendant. | |

## ORDER

AND NOW, this 16th day of August, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny plaintiff Dean A. Pratt benefits under Title II and Title XVI of the Social Security Act (*see* Doc. 1, at 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Pratt; and

3. The Clerk of Court is directed to **CLOSE** this case.

                              BY THE COURT:

**Dated: August 16, 2021**          *s/ Karoline Mehalchick*
                                         **KAROLINE MEHALCHICK**
                                         **Chief United States Magistrate Judge**